**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NATHANIEL SMITH, IV** **PLAINTIFF**
**#6434**

**v.** **CASE NO. 4:26-cv-00708-BSM**

**HIGGINS, *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, this complaint is dismissed without prejudice.

IT IS SO ORDERED this 27th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE